UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Anthony R. Mautone |
| v. | : | Violation Notice: H5009759 |
| MALCOLM S. REAVIS | : | <u>ORDER FOR DISMISSAL</u> |

Under Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, Paul J. Fishman, the United States Attorney for the District of New Jersey, hereby dismisses Violation No. H50097559 against defendant Malcolm S. Reavis, which was filed on May 14, 2013, 2013, charging him with:

(1) Possession of a dangerous weapon, namely a 4.5 inch knife, on federal premises

in violation of Title 18, United States Code Section 930 for the reason that prosecution of defendant MALCOLM S. REAVIS, is being deferred under the terms of a pretrial diversion agreement.

This dismissal is without prejudice, and is pending the successful completion by defendant JOSE N. RANGEL, of the Pretrial Diversion Program. If the Pretrial Diversion Program is not successfully completed, all charges will be reinstated.

_____
PAUL J. FISHMAN
United States Attorney

Leave of Court is granted for the filing of the
foregoing dismissal.

_____
HON. ANTHONY R. MAUTONE
United States Magistrate Judge

Dated: 10/31/13